STATE OF NEW JERSEY v. WALTER WILLIAMS.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY WILSON.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE REYES.

May 20, 1986.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. JAMES PERRY.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND JACOBY.

May 20, 1986.

Petition for certification denied.